**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Lorenzo L. Davis                  CHAPTER 13

Debtor(s)

BKY. NO. 20-11670 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                                                                       Respectfully submitted,

                                                           /s/Rebecca A. Solarz
                                                           Rebecca Solarz
                                                           14 Oct 2020, 16:06:18, EDT

                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322