**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **LORENZO L. DAVIS** | |
| **DEBTOR(S)** | **CASE NO. 20-11670MDC13** |

**CERTIFICATION OF NO RESPONSE**

I, Michael A. Cataldo, hereby certify that neither an objection to the proposed compensation nor any other application for administrative expense were filed in the above captioned matter and seek an order approving Fees to Cibik & Cataldo, PC.

Dated:  December 23, 2020                              CIBIK & CATALDO, P.C.
                                                                              ATTORNEY FOR DEBTOR(S)

                                                                              By: /s/ MICHAEL A. CATALDO
                                                                              1500 Walnut Street, Suite 900
                                                                              Philadelphia, PA 19102
                                                                              Tel: (215) 735-1060
                                                                              Fax: (215) 735-6769
                                                                              Email: ccpc@ccpclaw.com