# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: LORENZO DAVIS, | Case No. 20-11670MDC13 |
| Debtor(s). | Chapter 13 |

### ORDER APPROVING APPLICATION FOR COMPENSATION

**AND NOW**, this __23rd__ day of __December__, 20_20_, upon consideration of the Application for Compensation, it is

**ORDERED** that compensation of **$4,000.00** is allowed and the balance due to counsel in the amount of **$3,000.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE